1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEREMY S. KROGER, Bar # 258956
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

5

   Attorney for Defendant
6  BANDELE JONES

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )   Case No. 1:11-cr-00335 AWI
                                        )
12              Plaintiff,              )
                                        )   STIPULATION TO CONTINUE
13      v.                              )   STATUS CONFERENCE;
                                        )   ORDER THEREON
14 BANDELE JONES, et al.                )
                                        )   Date:  March 19, 2012
15              Defendant.              )   Time:  10:00 a.m.
   _____)   Dept : Hon. Anthony W. Ishii

16

17

18      IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective

19 attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled

20 for February 13, 2012, **may be continued to March 19, 2012 at 10:00 a.m.**

21      The parties request this continuance for further defense investigation and plea negotiations.  The

22 requested continuance will conserve time and resources for all parties and the Court.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further plea negotiation and defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: February 7, 2012          By:   /s/ Yasin Mohammad
                                       YASIN MOHAMMAD
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: February 7, 2012          By:   /s/ Jeremy S. Kroger
                                       JEREMY S. KROGER
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       Bandele Jones

LAW OFFICE OF STEVEN L. CRAWFORD

DATED: February 7, 2012          By:   /s/ Steven L. Crawford
                                       STEVEN L. CRAWFORD
                                       Attorney for Defendant
                                       Oronde Jones

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   February 8, 2012                _____
                                         CHIEF UNITED STATES DISTRICT JUDGE