```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar # 258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
```

Attorney for Defendant
BANDELE JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cr-00335 AWI |
| Plaintiff, | |
| v. | STIPULATION TO VACATE TRIAL DATE AND SET FOR CHANGE OF PLEA; ORDER |
| BANDELE JONES, et al. | Date: April 30, 2012 |
| Defendant. | Time: 2 p.m. |
| | Dept : Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the trial confirmation hearing set for May 14, 2012 and the jury trial date currently scheduled for May 22, 2012 in the above-captioned matter may be vacated and the case may be set for change of plea.

The request is made by both parties. The basis for the request is that defendant has decided to plead guilty.

**IT IS FURTHER STIPULATED** that the case be set for change of plea hearing on April 30, 2012, at 2 p.m.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further plea negotiation and defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: April 20, 2012 | By:  /s/ Yasin Mohammad<br>YASIN MOHAMMAD<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: April 20, 2012 | By:  /s/ Jeremy S. Kroger<br>JEREMY S. KROGER<br>Assistant Federal Defender<br>Attorney for Defendant<br>Bandele Jones |
|  | LAW OFFICE OF STEVEN L. CRAWFORD |
| DATED: April 20, 2012 | By:  /s/ Steven L. Crawford<br>STEVEN L. CRAWFORD<br>Attorney for Defendant<br>Oronde Jones |

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   April 24, 2012

CHIEF UNITED STATES DISTRICT JUDGE